1   MCGREGOR W. SCOTT
    United States Attorney

2

3   JEREMY N. HENDON
    Trial Attorney, Tax Division
    U.S. Department of Justice

4   P.O. Box 683
    Ben Franklin Station

5   Washington, D.C.  20044-0683
    Telephone: (202) 353-2466

6   Facsimile: (202) 307-0054
    E-mail: Jeremy.Hendon@usdoj.gov

7
    Attorneys for the United States of America

8

9

10          IN THE UNITED STATES DISTRICT COURT FOR THE

            EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          )
                                       )        1:06cv00964 AWI DLB
13                   Petitioner,       )
                                       )
14          v.                         )        ORDER TO SHOW CAUSE RE:
                                       )          ENFORCEMENT OF
15  JULIE MEDINA,                      )           INTERNAL REVENUE SUMMONS
                                       )
16                   Respondent.       )
    _____)

17          Upon the Petition of the United States and the Declaration of Revenue Agent Edwin

18  Whittinghill, including the exhibits attached thereto, it is hereby

19          ORDERED that Respondent Julie Medina, appear before United States Magistrate Judge

20  Dennis L. Beck, Courtroom 9, United States District Courthouse, 2500 Tulare Street, Fresno,

21  California, on September 15, 2006, at 9:00 a.m., to show cause why the respondent should not be

    compelled to obey the Internal Revenue Service summons issued to her on July 18, 2006.

22  ///

23  ///

24

25

26

27

28  Order to Show Cause
    Re: Enforcement of IRS Summons

It is further ORDERED that:

1.     The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above.  After hearing, the Magistrate Judge intends to submit proposed findings and recommendations under Local Rule 72-304(a), with the original filed by the Clerk and a copy provided to all parties.

2.     A copy of this Order, together with the Petition and the Declaration of Revenue Agent Edwin Whittinghill, shall be served in accordance with Rule 4 of the Federal Rules of Civil Procedure upon the respondent within 21 days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible.

3.     The petitioning IRS revenue agent's group manager, and all federal employees designated by that group manager, hereby are appointed under Fed. R. Civ. P. 4(c)(2) to serve process in this proceeding.

4.     Proof of any service done pursuant to paragraph 2, above, shall be filed with the Clerk as soon as practicable.

5.     The file reflects a *prima facie* showing that the investigation is conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed.  *United States v. Powell*, 379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted to whoever might oppose enforcement.

6.     If there is any defense or opposition to the Petition, such defense or opposition shall be made in writing, supported by affidavit, and filed with the Clerk and a copy served on counsel for the United States in Washington, D.C. at least 10 days prior to the date set for the show cause hearing.

7.     At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation

Order to Show Cause
Re: Enforcement of IRS Summons                    -2-

1  in the Petition will be considered admitted.

2        8.     The respondent may notify the Court, in a writing filed with the Clerk and served

3  on counsel for the United States at least 10 days prior to the date set for the show cause hearing,

4  that respondent has no objection to enforcement of the summons.  The respondent's appearance at

5  the hearing will then be excused.

6        9.  The respondent is hereby notified that her failure to comply with this Order may

7  subject her to sanctions for contempt of court.

8

9       IT IS SO ORDERED.

10     **Dated:   August 9, 2006**          **/s/ Dennis L. Beck**

   3b142a                        UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Order to Show Cause
  Re: Enforcement of IRS Summons       -3-