MCGREGOR W. SCOTT
United States Attorney

JEREMY N. HENDON
GOUD P. MARAGANI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 353-2466

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JULIE MEDINA, ) <br> ) <br> Respondent.  ) | Civil No. 06-CV-00964 AWI DLB <br><br> ORDER ENFORCING AN IRS SUMMONS |

Before the Court is the United States' petition to enforce an IRS summons served upon respondent Julie Medina.  On September 12, 2006, the parties filed a Stipulation for Court to Enter an Order Enforcing an IRS Summons ("Stipulation").  In the Stipulation, the respondent agrees that the IRS administrative summons issued against her should be enforced.  The respondent also agrees to comply with the IRS administrative summons on or before September 29, 2006.  This Order reflects the agreement as presented by the Stipulation filed by the parties.  It is hereby

ORDERED that the United States' petition to enforce the IRS summons served upon Julie Medina is GRANTED.  It is further ORDERED that Julie Medina is directed to appear before IRS Revenue Agent Edwin Whittinghill, or his designee, on or before September 29, 2006, at the offices of the Internal Revenue Service located at 5104 N. Blythe Avenue, Suite 203, Fresno, California 93722 or at such other place as agreed to between the IRS and respondent, and

1    produce the documents and give the testimony as directed in the summons.  It is further
2         ORDERED that the hearing on the United States' Petition to Enforce IRS Summons,
3    scheduled for Friday, September 15, 2006 at 9:00 a.m. is vacated.
4         Respondent is hereby notified that failure to comply with this Order may subject her to
5    sanctions for contempt of court.

         IT IS SO ORDERED.

    **Dated:   September 15, 2006**                    **/s/ Dennis L. Beck**
    3b142a                                        UNITED STATES MAGISTRATE JUDGE